UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICH S. LAMAS,<br>Plaintiff,<br>-against-<br>STEVE HUFFMAN,<br>Defendant. | 26-CV-5495 (LLS)<br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

By order dated July 15, 2026, the Court dismissed this action for lack of subject matter jurisdiction and granted Plaintiff 30 days' leave to replead. On August 8, 2026, Plaintiff filed a notice of voluntary dismissal. (ECF 12.)

The Federal Rules of Civil Procedure allow a plaintiff voluntarily to dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A).[1] Defendants have not been served or appeared, and therefore no court order is required to dismiss this action. Accordingly, based on Plaintiff's notice (ECF 12), this action is voluntarily dismissed without prejudice under Rule 41(a). The Clerk of Court is directed to terminate any pending motions and close this case.

SO ORDERED.

Dated: August 20, 2026
New York, New York

Louis L. Stanton
Louis L. Stanton
U.S.D.J.

[1] A voluntary dismissal under Rule 41(a) is generally without prejudice to repleading. For Plaintiff's benefit, the Court notes that "if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).